U S District COURT OF THE STATE OF NEW YORK
COUNTY OF Southern

ODWYER & BERNSTEIN
52 Duane St
NEW YORK
NY 10007

The Nyc District Council Of Carpenters Pension Fund Et Al

- against -

L B Griffin Contracting Inc T & I Excavating Joint Venture

(212) 571-7100

Atty File #        Record # 105770     File # 110

STATE OF NEW YORK: COUNTY OF NASSAU: ss

Peter Stoute-Lic#0971859 being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of New York:

That on 01/23/08 at 1:20pm at 221-19 131st Avenue Springfield Gardens Ny deponent served the within Summons & Complaint In A Civil Action & Judges' Rules by personally delivering to and leaving with Ms. Griffin
for L B Griffin Contracting Inc/T&I Excavating Joint Venture C/O Charles T Griffin a true copy thereof, and that deponent knew the person so served to be the Managing Agent and stated (s)he was authorized to accept legal papers for the corporation.

A description of the person served is as follows:

Approx Age: 60 Years    Approx Weight: 130 Lbs.    Approx Height: 5'9"
Sex: Female    Color of Skin: White    Color of Hair: Blk/Gr
Other:

The following does not apply to this affidavit of service:

confirmed the above address of defendant and asked whether defendant was in active military service of the United States or the State of New York in any capacity whatever or is a dependent of anyone in the military and received a negative reply. Defendant wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in Federal statutes.

Sworn to before me this 01/29/08
Debra A. Scott #01SC6137374
Notary Public, State of New York
County, Commission Expires 11/13/2010

Peter Stoute-Lic#0971859

Supreme Judicial Services, Inc.

371 Merrick Road • Rockville Centre, N.Y. 11570 • (516) 825-7600
225 Broadway • New York, N.Y. 10007 • (212) 319-7171
FAX (516) 568-0812