UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS PENSION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS WELFARE
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS VACATION FUND, NEW YORK CITY          07 CV 10549 (LAK)
DISTRICT COUNCIL OF CARPENTERS ANNUITY           ECF CASE
FUND, NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS APPRENTICESHIP, JOURNEYMAN         **AFFIDAVIT OF COUNSEL**
RETRAINING, EDUCATIONAL AND INDUSTRY             **IN SUPPORT OF**
FUND, NEW YORK CITY DISTRICT COUNCIL OF          **DEFAULT JUDGMENT**
CARPENTERS CHARITY FUND, and THE NEW
YORK CITY AND VICINITY CARPENTERS LABOR
MANAGEMENT COOPERATION FUND, by MICHAEL
J. FORDE, and PAUL O'BRIEN, as TRUSTEES

                              Plaintiffs,

                   -against-

L B GRIFFIN CONTRACTING INC. / T & I
EXCAVATING – JOINT VENTURE

                              Defendant.
--------------------------------------------------------------------------X
STATE OF NEW YORK     )
                      ) ss:
COUNTY OF NEW YORK    )

        ANDREW GRABOIS, Esq. being duly sworn, deposes and says,

        1.      I am associated with the firm of O'Dwyer & Bernstien, LLP, attorneys for

plaintiffs ("Funds") in the above captioned action.  I am familiar with all the facts and

circumstances in this action.

        2.      I submit this affidavit in support of plaintiffs' motion for default judgment against

L B Griffin Contracting Inc. / T & I Excavating – Joint Venture ("Defendant"), confirming an

arbitration award against the Defendant, dated June 21, 2007.

        3.      Upon information and belief Defendant is a corporation and not an infant, in the

military or an incompetent.

4.    Subject matter jurisdiction of this action is based upon Section 301 of the Labor

Management Relations Act ("LMRA"), 29 U.S.C. §185, Sections 502(a)(3)(B)(ii), (d)(1), (e) and

(g) of the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C. §§1132(a)(3)(B)(ii),

(d)(1), (e) and (g), Section 515 of ERISA, 29 U.S.C. §1145, and Section 9 of the Federal

Arbitration Act, 9 U.S.C. §9.  Personal jurisdiction is based upon Section 502(e)(2) of ERISA, 29

U.S.C. §1132(e)(2).

5.    Plaintiffs brought this action to compel the production of Defendant's books and

records pursuant to a collective bargaining agreement ("Agreement") between the Defendant and

the District Council for New York City and Vicinity, United Brotherhood of Carpenters and

Joiners of America.

6.    Defendant has failed to furnish these records for the purpose of conducting an

audit to ensure compliance with required benefit fund contributions as required under the

Agreement.

7.    Pursuant to the arbitration clause of the Agreement, the dispute was submitted to

arbitration to Roger Maher, the duly designated impartial arbitrator.  Thereafter, upon due notice

to all parties, the arbitrator held a hearing and rendered his award, in writing, dated June 21, 2007

determining said dispute. (A copy is annexed hereto as Exhibit "A"). Upon information and

belief, a copy of the award was sent to the defendant.

8.    The arbitrator found that L B Griffin Contracting Inc. / T & I Excavating – Joint

Venture had failed to comply with the Agreement as it relates to paying fringe benefit monies

and directed it to furnish the Plaintiffs with any and all books and records, for the period of July

1, 2001 through June 21, 2007 including but not limited to, the cash disbursement section of the

cash book, general ledger, job location records, daily time records and all certified payrolls.

9.      The arbitrator also found that L B Griffin Contracting Inc. / T & I Excavating –
Joint Venture was required to pay the funds a total sum of $2,400.00 pursuant to the Agreement,
representing costs incurred in the arbitration.

10.     The defendant has failed to abide by the award.

11.     The award has not been vacated or modified and no application for such relief is
currently pending or has been made.

12.     Plaintiffs commenced this action on November 26, 2007 by filing a summons and
complaint. (A copy is annexed hereto as Exhibit "B"). Plaintiffs subsequently served the
summons and complaint together with the Judge's rules upon Defendant by delivering one (1)
true copy of the same to Charles Griffin, Managing Officer, at his usual place of abode at 221-19
131st Avenue, Springfield Gardens, New York on January 23, 2008, and an affidavit of service
was filed with the Court on February 6, 2008 (A copy is annexed hereto as Exhibit "C").

13.     This action is timely as it was filed within the one year statute of limitations
applicable to a petition to confirm and arbitrator's award.

14.     Defendant has failed to answer or appear or move with respect to the complaint
and the time to do so has expired. (A copy of the Clerk's Certificate is annexed hereto as Exhibit
"D").

15.     Plaintiffs seek a default judgment against Defendant and in favor of plaintiffs as
follows:

    a.  confirming the arbitrator's award;

    b.  ordering L B Griffin Contracting Inc. / T & I Excavating – Joint Venture and
        its officers to make available to the Plaintiffs or authorized representatives

any and all books and records deemed necessary to conduct an audit including, but not limited to, the cash disbursement section of the cash book, general ledger, job location records, daily time records and all certified payrolls for the period July 1, 2001 through June 21, 2007.

c.  awarding judgment for the plaintiffs and against Defendant in the principal amount of $2,400.00;

d.  attorneys' fees and costs arising out of this action as determined by the court. (An Affidavit of Services is annexed hereto as Exhibit "E" and a proposed Default Judgment is annexed hereto as Exhibit "F");

e.  such other and further relief as this Court may deem just and proper

ANDREW GRABOIS (AG 3192)

Sworn to before me this
27th day of March, 2008

NOTARY PUBLIC

ROSA FALLON
Commissioner of Deeds
City of New York - No. 2-12032
Qualified in Kings County
Commission Expires Jan 01, 20__

## OFFICE OF THE IMPARTIAL ARBITRATOR

**ROGER E. MAHER**
IMPARTIAL ARBITRATOR

**OPINION AND
DEFAULT AWARD
OF ARBITRATOR**

-------------------------------------------------------------------------x

**In the matter of the Arbitration between**

The New York District Council of Carpenter Pension Fund, New York City District Council of Carpenters Welfare Fund, New York City District Council of Carpenters Vacation Fund, New York City District Council of Carpenters Annuity Fund, New York City District Council of Carpenters Apprenticeship, Journeyman, Retraining, Educational & Industry Fund, New York City District Council of Carpenters Charity Fund, The New York and Vicinity Carpenters Labor Management Cooperation Fund, by Michael J. Forde and Paul O'Brien, as Trustees,

**Petitioners,**

-against-

**L B Griffin Contracting Inc./T & I Excavating-Joint Venture,
Respondent**

-------------------------------------------------------------------------x

Pursuant to the provisions of the Collective Bargaining Agreement between the Respondent-Employer and the District Council of New York City and Vicinity of the United Brotherhood of Carpenters and Joiners of America, effective 07/01/2000, and the designation of the undersigned as Impartial Arbitrator to determine disputes concerning claim arising from payments due to the Benefit Funds described in said written contract, the undersigned Arbitrator was called upon to hear and determine a controversy involving claims by the Petitioners that the Funds are unable to ascertain the amount of contributions due it as the Respondent has not allowed an audit of its books as required by the collective bargaining agreement.

In accordance with the terms of the underlying written agreement, the Civil Practice Law and Rules of the State of New York and the herein Notice of Intention to Arbitrate dated 05/01/2007, the undersigned  by Notice of  Hearing dated 05/03/2007, scheduled a hearing for 06/11/2007, in order to determine the dispute between the parties.

**OPINION**

On 06/11/2007, at the place and time designated at the aforesaid Notice of Hearing, Steven Kasarda, Esq., appeared on behalf of the Petitioners and submitted proof that the Respondent-Employer had legally sufficient notice of this proceeding and the claims against. There being no appearance on behalf of the Respondent nor any request for an adjournment or extension of time to appear, the undersigned found the Respondent to be in default and proceeded to hear the testimony and take evidence on the claims of the Petitioners.

The uncontroverted testimony and evidence established that the Respondent was bound to a Collective Bargaining Agreement with the New York City District Council of Carpenters and said Agreement became effective 07/01/2000. This Contract obligated the Respondent-Employer to make certain payments to Fringe Benefit Trust Funds on behalf of all its carpenter employees pursuant to schedules set forth in the Agreement.

The testimony of the auditor employed by the Petitioners, established that an audit of the books and records of the Respondent had been attempted on numerous occasions but without success. Therefore the Funds are unable to ascertain the amount of contributions due the aforesaid Funds during the period of 07/01/2001 through Date.

Therefore Steven Kasarda, Esq. argues in order for the Funds to establish the amount of contributions it is due requires an award directing this Respondent-Employer to produce any and all books and records requested by the Benefit Funds Office, specifically cash disbursement section of the cash book, general ledger, job location records, daily time records and all certified payrolls for the audit period 07/01/2001 through Date .

# AWARD

Upon the substantial and credible evidence of the case as a whole I find that the Respondent- Employer, L B Griffin Contracting Inc./T & I Excavating-Joint Venture, failed to comply with the Collective Bargaining Agreement as it relates to allowing an audit of its books and records, and orders this Respondent-Employer to forthwith produce any and all books and records specifically cash disbursement section of the cash book, general ledger, job location records, daily location records, daily time records and all certified payrolls for the audit period 07/01/2001 through Date , to the Board of Trustees of the New York City District Council of Carpenters Benefit Funds.

Pursuant to the Collective Bargaining Agreement the Arbitrator orders this Respondent-Employer to pay forthwith to the Funds a sum total of  $ 2,400.00  which represents the Funds costs incurred in this matter.  The costs are as follows:

| | | |
|---|---|---|
| Attorney's Fee………………….... | $ | 1500.00 |
| Arbitrator's Fee…………………… | $ | 150.00 |
| Court Costs………………………... | $ | 250.00 |
| Audit Cost….……………………… | $ | 500.00 |
| **TOTAL** | **$** | **2,400.00** |

Dated: Brooklyn, New York
      June 21, 2007

                                               **ROGER E. MAHER**, Arbitrator

To:    Steven Kasarda. Esq.
        New York City District Council Carpenters Benefit Funds
        395 Hudson Street
        New York, New York 10014

        Thomasina Caba
        New York City District Council Carpenters Benefit Funds
        395 Hudson Street
        New York, New York 10014

        L B Griffin Contracting Inc./T & I Excavating-Joint Venture
        150-54 183rd Street
        Jamaica, NY 11413
        Charles T. Griffen, Partner

## AFFIRMATION

STATE OF NEW YORK  )
COUNTY OF KINGS  )
The undersigned under penalty of perjury affirms that he is the Arbitrator in the within proceeding and signed same in accordance with arbitration law of the State of New York.

_____
ROGER E. MAHER

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS PENSION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS WELFARE
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS VACATION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS ANNUITY FUND,
NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS
APPRENTICESHIP, JOURNEYMAN RETRAINING,
EDUCATIONAL AND INDUSTRY FUND, NEW YORK
CITY DISTRICT COUNCIL OF CARPENTERS CHARITY
FUND, and THE NEW YORK CITY AND VICINITY
CARPENTERS LABOR MANAGEMENT COOPERATION
FUND, by MICHAEL J. FORDE, and PAUL O'BRIEN,
as TRUSTEES,

07 CV 10549

JUDGE KAPLAN

**SUMMONS**

                                        Plaintiffs,

        -against-

L B GRIFFIN CONTRACTING INC. / T & I EXCAVATING –
JOINT VENTURE,

                                        Defendant.
------------------------------------------------------------------------------X
TO:

        L B Griffin Contracting Inc. / T & I Excavating – Joint Venture
        150-54 183rd Street
        Jamaica, NY 11413

    **YOU ARE HEREBY SUMMONED** and required to file with the clerk of this court and serve upon

        O'DWYER & BERNSTIEN, LLP
        52 Duane Street
        New York, New York 10007
        (212) 571-7100

an answer to the complaint which is herewith served upon you, within **30 days** after service of this summons upon you,
exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief
demanded in the complaint.

**J. MICHAEL McMAHON**                          NOV 2 6 2007

CLERK                                           ──────────────────────
                                                DATE

BY DEPUTY CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS PENSION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS WELFARE
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS VACATION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS ANNUITY
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND INDUSTRY
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS CHARITY FUND, and THE NEW YORK
CITY AND VICINITY CARPENTERS LABOR
MANAGEMENT COOPERATION FUND,
by MICHAEL J. FORDE, and PAUL O'BRIEN,
as TRUSTEES,



07 CV_____

**COMPLAINT**

JUDGE KAPLAN

                                          Plaintiffs,

                  -against-

L B GRIFFIN CONTRACTING INC. / T & I EXCAVATING –
JOINT VENTURE,

                                          Defendant.
-------------------------------------------------------------------------X

        Plaintiffs ("Benefit Funds"), by their attorneys O'Dwyer & Bernstien, LLP, for their

Complaint allege as follows:

### NATURE OF THE CASE

        1.      This is an action to confirm and enforce an Arbitrator's Award rendered pursuant

to a collective bargaining agreement ("Agreement") between The District Council of New York

City and Vicinity of the United Brotherhood of Carpenters and Joiners of America ("Union") and

L B Griffin Contracting Inc. / T & I Excavating - Joint Venture ("Employer").

### JURISDICTION

        2.      This Court has jurisdiction over this proceeding pursuant to section 301 of the

Labor Management Relations Act ("LMRA"), 29 U.S.C. §185, sections 502(a)(3)(B)(ii), (d)(1),

(e) and (g) of the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C.

§§1132(a)(3)(B)(ii), (d)(1), (e) and (g), section 515 of ERISA, 29 U.S.C. §1145, and section 9 of

the Federal Arbitration Act, 9 U.S.C. §9.

3.      Personal jurisdiction is based upon Section 502(e)(2) of ERISA, 29 U.S.C.

§1132(e)(2).

## VENUE

4.      Venue is proper in this district in that Plaintiffs' offices are located in this district.

## PARTIES

5.      At all times relevant herein the Plaintiffs were jointly administered, multi-

employer, Taft-Hartley Benefit Funds administered by trustees designated by a union and by

employers, established and maintained pursuant to section 302(c)(5) of the LMRA, 29 U.S.C.

§186(c)(5). Plaintiffs Forde and O'Brien are fiduciaries of the Benefit Funds within the meaning

of ERISA sections 3(21) and 502, 29 U.S.C. §§1002(21) and 1132.

6.      The Benefit Funds are employee benefit plans within the meaning of sections 3(1)

and (3) of ERISA, 29 U.S.C. §1002(1) and (3) and are maintained for the purposes of providing

health, medical and related welfare benefits, pension and other benefits to eligible participants

and beneficiaries on whose behalf they receive contributions from numerous employers pursuant

to collective bargaining agreements between the employers and the Union.

7.      Upon information and belief defendant L B Griffin Contracting Inc. / T & I

Excavating - Joint Venture is a joint venture formed under laws of the State of New York with a

principal place of business located at 150-54 183rd Street, Jamaica, NY 11413.

8.      The defendant is an employer within the meaning of section 3(5) of ERISA, 29

U.S.C. §1002 (5).

## **FIRST CLAIM FOR RELIEF**

9.      Defendant was bound at all relevant times by a collective bargaining agreement with the Union, which, by its terms, became effective July 1, 2000.  Said Agreement provides, inter alia, that the defendant shall furnish its books and payroll records when requested by the Benefit Funds for the purpose of conducting an audit to ensure compliance with required benefit fund contributions and for the submission of disputes to final, binding arbitration.

10.      A dispute arose during the period of the Agreement between the parties when the Employer failed to comply with the Benefit Funds' demands to furnish its books and records for the purpose of conducting an audit.

11.      Pursuant to the arbitration clause in the Agreement, the dispute was submitted to arbitration to Roger Maher, the duly designated impartial arbitrator.

12.      Thereafter, upon due notice to all parties, the arbitrator duly held a hearing and rendered his award, in writing, dated June 21, 2007 determining said dispute.  Upon information and belief, a copy of the award was delivered to the defendant (A copy of the award is annexed hereto as Exhibit "A" and made part hereof).

13.      The arbitrator found the defendant had failed to comply with the Agreement as it relates to paying fringe benefit monies and directed it to furnish the Plaintiffs with any and all books and records, for the period of July 1, 2001 through June 21, 2007 including but not limited to, the cash disbursement section of the cash book, general ledger, job location records, daily time records and all certified payrolls.

14.      The arbitrator also found that the defendant was required to pay the funds a sum of $2,400.00 pursuant to the Agreement, representing costs incurred in the arbitration.

15.    The defendant has failed to abide by the award.

WHEREFORE, Plaintiffs demand judgment against defendant as follows:

1.    For an order confirming the arbitration award in all respects;

2.    For entry of judgment in favor of the Plaintiffs ordering the defendant and its officers to make available to the Plaintiffs or authorized representatives any and all books and records deemed necessary to conduct an audit including, but not limited to, the cash disbursement section of the cash book, general ledger, job location records, daily time records and all certified payrolls for the period July 1, 2001 through June 21, 2007.

3.    For entry of judgment in favor of the Benefit Funds and against the defendant ordering the defendant to pay the Benefit Funds a total sum of $2,400.00 pursuant to the arbitrator's award.

4.    For attorneys' fees and costs of this action;

5.    For such other and further relief as this court may deem just and proper.

Dated:  New York, New York
         November 21, 2007


                                        ANDREW GRABOIS (AG 3192)
                                        O'Dwyer & Bernstien, LLP
                                        Attorneys for Plaintiffs
                                        52 Duane Street
                                        New York, NY 10007
                                        (212) 571-7100

U S District COURT OF THE STATE OF NEW YORK
COUNTY OF Southern

ODWYER & BERNSTEIN
52 Duane St
NEW YORK
NY 10007

_____

The Nyc District Council Of Carpenters Pension
Fund Et Al

– against –

L B Griffin Contracting Inc T & I Excavating
Joint Venture

(212) 571-7100

_____

Atty File #                Record # 105770      File # 110

STATE OF NEW YORK: COUNTY OF NASSAU: ss

Peter Stoute-Lic#0971859 being duly sworn deposes and says deponent
is not a party to this action and is over the age of eighteen years
and resides in the state of New York:

That on 01/23/08 at 1:20pm   at 221-19 131st Avenue Springfield Gardens Ny
deponent served the within Summons & Complaint In A Civil Action & Judges' Rules
by personally delivering to and leaving with Ms. Griffin
for L B Griffin Contracting Inc/T&I Excavating Joint Venture C/O Charles T Griffin
a true copy thereof, and that deponent knew the person so served
to be the Managing Agent and stated (s)he was authorized to
accept legal papers for the corporation.

A description of the person served is as follows:

Approx Age: 60 Years  Approx Weight: 130 Lbs.   Approx Height: 5'9"
Sex: Female  Color of Skin: White    Color of Hair: Blk/Gr
Other:

The following does not apply to this affidavit of service:

**confirmed the above address of defendant and asked whether defendant was in active military
service of the United States or the State of New York in any capacity whatever or is a dependent
of anyone in the military and received a negative reply. Defendant wore ordinary civilian clothes
and no military uniform. The source of my information and the grounds of my belief are the
conversations and observations above narrated. Upon information and belief I aver that defendant is
not in the military service of New York State or of the United States as that term is defined in either the
State or in Federal statutes.**

Sworn to before me this 01/29/08
Debra A. Scott #01SC6137374
Notary Public, State of New York
___ County, Comm Exp _____

Peter Stoute-Lic#0971859

**Supreme Judicial Services, Inc.**

**371 Merrick Road • Rockville Centre, N.Y. 11570 • (516) 825-7600**
**225 Broadway • New York, N.Y. 10007 • (212) 319-7171**
**FAX (516) 568-0812**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS PENSION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS WELFARE
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS VACATION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS ANNUITY
FUND, NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND INDUSTRY
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS CHARITY FUND, and THE NEW YORK
CITY AND VICINITY CARPENTERS LABOR
MANAGEMENT COOPERATION FUND,
by MICHAEL J. FORDE, and PAUL O'BRIEN,
as TRUSTEES

                                     Plaintiffs,

                 -against-

L B GRIFFIN CONTRACTING INC. / T & I
EXCAVATING - JOINT VENTURE

------------------------------------------------------------------------X
                                 Defendant.

07 CV 10549 (LAK)
ECF CASE

**CLERKS
CERTIFICATE**

I, J. MICHAEL MCMAHON, Clerk of the United States District Court for the Southern District of

New York, do hereby certify that this action commenced on November 26, 2007 by filing of the Summons and

Complaint, and a copy of the Summons and Complaint having been served on the defendant, L B Griffin

Contracting Inc. / T & I Excavating – Joint Venture on January 23, 2008, by delivering one (1) true copy

thereof to Charles Griffin, a Managing Officer, at his place of abode at 221-19 131st Avenue, Springfield

Gardens, NY,  and proof of service being filed on February 6, 2008.

       I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise

moved with respect to complaint herein.  The default of the defendant is hereby noted.

Dated: MAR 19, 2008
     New York, New York

                                **J. MICHAEL MCMAHON**
                                 Clerk of the Court

                       By:
                                 Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS PENSION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS WELFARE
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS VACATION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS ANNUITY
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND INDUSTRY
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS CHARITY FUND, and THE NEW
YORK CITY AND VICINITY CARPENTERS
LABOR MANAGEMENT COOPERATION FUND,
by MICHAEL J. FORDE and PAUL O'BRIEN,
as TRUSTEES,

            07 CV 10549 (LAK)
            ECF CASE

            **AFFIDAVIT OF
            SERVICES**

            Plaintiffs,

       -against-

L B GRIFFIN CONTRACTING INC. / T & I
EXCAVATING – JOINT VENTURE,

           Defendant.
-------------------------------------------------------------------X
STATE OF NEW YORK      )
                    :SS.:
COUNTY OF NEW YORK   )

     ANDREW GRABOIS, being duly sworn, deposes and says:

     1. I am a member of the Bar of this Court and am associated with the firm of O'Dwyer &
Bernstien, LLP, attorneys for plaintiffs herein and submit this affidavit in support of the instant
application for default judgment and order.

     2. On November 21, 2007, Rich Gage, a paralegal in this office, drafted and revised a
complaint, cover sheet and other required documents and prepared them for filing with the Clerk of the
Court. He spent 0.5 hours on this matter at a billing rate of $115.00 per hour for a total of $57.50 in
attorneys' fees.

3. On November 21, 2007, your deponent reviewed and finalized the aforementioned documents. I spent 0.5 hours at a billing rate of $320.00 per hour for a total of $160.00 in attorneys' fees.

4. On November 26, 2007, Mr. Gage prepared and filed the aforementioned documents with the Clerk of the Court. He spent 1.0 hours at a billing rate of $115.00 per hour for a total of $115.00 in attorneys' fees.

5. On November 26, 2007, Mr. Gage prepared and filed the aforementioned documents on the Electronic Case Filing system. He spent 0.5 hours on this matter at a billing rate of $115.00 per hour for a total of $57.50 in attorneys' fees.

6. On December 4, 2007, Mr. Gage prepared and mailed the aforementioned documents for service of process. He spent 0.5 hours on this matter at a billing rate of $115.00 per hour for a total of $57.50 in attorneys' fees.

7. On February 6, 2008, Ian Henderson, a paralegal in this office prepared and filed the affidavit of service with the Court and on the ECF system. He spent 0.5 hours on this matter at a billing rate of $200.00 per hour for a total of $100.00 in attorneys' fees.

8. On March 26, 2008 and March 27, 2008, Mr. Henderson drafted the required default documents, including a proposed default judgment and order and affidavit of services rendered. He spent a total of 4.0 hours on this matter at a billing rate of $200.00 per hour for a total of $800.00 in attorneys' fees.

9. On March 27, 2008, your deponent reviewed and finalized the aforementioned default documents. I spent 0.5 hours on this matter at a billing rate of $320.00 per hour for a total of $160.00 in attorneys' fees.

10. The cost of the process server to effectuate service of process was $120.00.

2

WHEREFORE, deponent respectfully requests allowance of attorneys' fees in the sum of $1,507.50 and costs arising out of this action in the amount of $120.00 for a total of $1,627.50.

ANDREW GRABOIS (AG 3192)

Sworn to before me this
27th day of March, 2008

NOTARY PUBLIC

ROSA FALLON
Commissioner of Deeds
City of New York - No. 2-12032
Qualified in Kings County
Commission Expires Jan 01, 20__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS PENSION FUND, NEW
YORK CITY DISTRICT COUNCIL OF
CARPENTERS WELFARE FUND, NEW YORK
CITY DISTRICT COUNCIL OF CARPENTERS
VACATION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
ANNUITY FUND, NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS APPRENTICESHIP,
JOURNEYMAN RETRAINING, EDUCATIONAL
AND INDUSTRY FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS CHARITY
FUND, and THE NEW YORK CITY AND VICINITY
CARPENTERS LABOR MANAGEMENT
COOPERATION FUND, by MICHAEL J. FORDE
and PAUL O'BRIEN, as TRUSTEES,

07 CV 10549 (LAK)
ECF CASE

**DEFAULT JUDGMENT**

                                        Plaintiffs,

            -against-

L B GRIFFIN CONTRACTING INC. / T & I
EXCAVATING - JOINT VENTRUE,

                                        Defendant.
------------------------------------------------------------------------X

    This action having been commenced on November 26, 2007 by the filing of a Summons and

Complaint, and a copy of the Summons and Complaint having been served on the defendant L B

Griffin Contracting Inc. / T & I Excavating - Joint Ventrue on January 23, 2008 by delivering one (1)

true copy of the same to Charles Griffin, a Managing Officer, at his usual place of adobe, and a proof

of service having been filed on February 6, 2008 and the defendant not having answered the

Complaint, and the time for answering the Complaint having expired, and the Clerk of the Court

having issued its certificate of default on March 19, 2008, it is

ORDERED, ADJUDGED AND DECREED: That the Plaintiffs have judgment against

Defendant, pursuant to the arbitration award, in the liquidated amount of $2,400.00, representing costs

and fees arising out of the arbitration, in addition to attorneys' fees and costs arising out of this action

in the amount of $1,627.50 for a total of $4,027.50 and that L B Griffin Contracting Inc. / T & I

Excavating - Joint Ventrue and its officers are ordered to produce any and all books and records

relating to L B Griffin Contracting Inc. / T & I Excavating - Joint Ventrue for the period of July 1,

2001 through June 21, 2007.


Dated: _____
          New York, New York

                                        _____
                                        Honorable Lewis A. Kaplan
                                        United States District Judge

                                        This document was entered on the docket
                                        on _____.

STATE OF NEW YORK    )
                        :SS.:
COUNTY OF NEW YORK  )

       IAN K. HENDERSON, being duly sworn, deposes and says:  I am not a party to the action, am over 18 years of age and reside in Brooklyn, New York.  On the 1st day of April, 2008, I served plaintiffs' **NOTICE OF MOTION and SUPPORTING DOCUMENTATION** to the following party by depositing a true copy thereof in a post-paid wrapper, in an official depository, under the exclusive care and custody of the United States Postal Service within New York State, addressed to the following person at the last known address set forth after the name below:

TO:    L B Griffin Contracting Inc. / T & I Excavating – Joint Venture
        150-54 183rd Street
        Jamaica, NY 11413

 

_____
IAN K. HENDERSON

Sworn to before me this
1st day of April, 2008

_____
NOTARY PUBLIC

ANDREW GRABOIS
Notary Public, State of New York
No. 02GR6127051
Qualified in New York County
Commission Expires May 23, 20 09