UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
THE NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS PENSION FUND, et al.,

                Plaintiffs,

-against-                                                07 Civ. 10549 (LAK)

L B GRIFFIN CONTRACUTING INC. /
T & I EXCAVATING - JOINT VENTURE,

                Defendnat.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

       Plaintiffs' motion for a default judgment is granted. The Clerk shall enter judgment in the form annexed to the motion as Exhibit F and close the case.

       SO ORDERED.

Dated:    April 11, 2008

                                                  Lewis A. Kaplan
                                               United States District Judge