USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/14/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS PENSION FUND, NEW
YORK CITY DISTRICT COUNCIL OF
CARPENTERS WELFARE FUND, NEW YORK
CITY DISTRICT COUNCIL OF CARPENTERS
VACATION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
ANNUITY FUND, NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS APPRENTICESHIP,
JOURNEYMAN RETRAINING, EDUCATIONAL
AND INDUSTRY FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS CHARITY
FUND, and THE NEW YORK CITY AND VICINITY
CARPENTERS LABOR MANAGEMENT
COOPERATION FUND, by MICHAEL J. FORDE
and PAUL O'BRIEN, as TRUSTEES,

07 CV 10549 (LAK)
ECF CASE

**DEFAULT JUDGMENT**

#08,0597

                        Plaintiffs,

      -against-

L B GRIFFIN CONTRACTING INC. / T & I
EXCAVATING - JOINT VENTRUE,

                        Defendant.
------------------------------------------------------------X

This action having been commenced on November 26, 2007 by the filing of a Summons and Complaint, and a copy of the Summons and Complaint having been served on the defendant L B Griffin Contracting Inc. / T & I Excavating - Joint Ventrue on January 23, 2008 by delivering one (1) true copy of the same to Charles Griffin, a Managing Officer, at his usual place of adobe, and a proof of service having been filed on February 6, 2008 and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, and the Clerk of the Court having issued its certificate of default on March 19, 2008, it is

ORDERED, ADJUDGED AND DECREED: That the Plaintiffs have judgment against Defendant, pursuant to the arbitration award, in the liquidated amount of $2,400.00, representing costs and fees arising out of the arbitration, in addition to attorneys' fees and costs arising out of this action in the amount of $1,627.50 for a total of $4,027.50 and that L B Griffin Contracting Inc. / T & I Excavating - Joint Ventrue and its officers are ordered to produce any and all books and records relating to L B Griffin Contracting Inc. / T & I Excavating - Joint Ventrue for the period of July 1, 2001 through June 21, 2007.

Dated: 4/14/58
New York, New York

S. Michael McMahon
CLERK

Deputy Clerk

This document was entered on the docket on _____.